**Roderick ENGLISH, Plaintiff–Appellant,**

v.

**Doctor Beverly A. WOOD; Donikias Gray; Counselors Maddox; William R. Byars, Jr.; Doctor Nocho Perez; Ashley Sharmane Washington; Doctor Ferluato, Defendants–Appellees.**

No. 14–6692.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

Roderick Jerome English, Appellant Pro Se.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Jerome English appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *English v. Wood,* No. 1:13–cv–02677–JFA, 2014 WL 1330109 (D.S.C. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*